Decided September 18, 1996

ANNETTE BARRETTA *v.* OTIS ELEVATOR
COMPANY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 856 (AC 14659), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the judgment must be reversed because of the failure of the trial court to charge on the doctrine of res ipsa loquitur?"

The Supreme Court docket number is SC 15516.

*L. Douglas Shrader,* in support of the petition.

Decided September 18, 1996